UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| ELLISON ROBERT BURNS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV410-169 |
| | ) | |
| SAVANNAH MARITIME | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

This case follows the same path and thus should see the same result (dismissal with prejudice) as that recommended this day in *Burns v. Georgia Stevedore Assoc.*, No. CV410-170 (S.D. Ga. filed July 29, 2010). Earlier in this case the Court concluded that Burns had "utterly failed to state a claim for relief." Doc. 2 at 3. Nevertheless, the district judge gave him another chance to amend his complaint to correct its deficiencies. Doc. 7. Yet, Burns has filed here virtually the same, patently defective "Amended Complaint" as he just did in *Georgia Stevedore Assoc.*:

Factual allegations supporting employment discrimination claim

> are ongoing Savannah Maritime Association has not show[n] interest in correcting discriminatory unfair hiring employment practices that continue to exist at I.L.A. Local 1414 Savannah GA. At anytime has Savannah Maritime Association contacted me to offer support with a helpful solution to create equal opportunity hiring in the W.P. section as of November 10, 2010. Plaintiff seeks claim for relief from Court to be made whole, M Card Seniority, and Court approved damages.

Doc. 8 at 1. For the same reasons explained there (it is conclusory, etc.), his claim also fails here.

**SO REPORTED AND RECOMMENDED,** this 29th day of December, 2010.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA