FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 FEB 16 PM 1:19
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELLISON ROBERT BURNS SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAVANNAH MARITIME ) <br> ASSOCIATION, INC., ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CV410-169 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff Ellison Robert Burns Sr.'s complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 16th day of February 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA